# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JIMMY ASHLEY                                              PLAINTIFF

v.                      No. 3:16-cv-337-DPM

523 DEVELOPMENT, LLC                            DEFENDANT

## ORDER

Ashley's unopposed motion to amend, № 7, is granted. 523 Development, LLC is dismissed without prejudice. McKnight Falls, LLC is substituted as the defendant in place of 523 Development, LLC. The Court directs the Clerk to update the docket. Ashley's amended complaint due by 5 May 2017. An Amended Initial Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

28 April 2017