IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                      PLAINTIFF

v.                          No. 3:16-cv-337-DPM

523 DEVELOPMENT, LLC; and
McKNIGHT FALLS, LLC                                              DEFENDANTS

## JUDGMENT

1. All claims against 523 Development, LLC are dismissed without prejudice.

2. All claims against McKnight Falls, LLC are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2017